**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STEFFANIE B. HARRIS**                                                                 **PLAINTIFF**

**v.**                                          **Case No. 4:23-CV-00279-LPR**

**HOME DEPOT U.S.A., INC.**                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today in this case, it is CONSIDERED, ORDERED, and

ADJUDGED that all claims in this case are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 5th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE